Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2018 NOV -9 P 1: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

Frances D. Cope
_____
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.  Tower Loans
    GulFCU
    Alabama Dept. Insurance
    Alabama Dept. Banking
    (State Banking Commission)
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 5:18-CV-1861-LCB
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff**

Name: Denise Cope
Street Address: 112 Gerald Drive
City and County: Hazel Green, AL.
State and Zip Code: AL. 35750
Telephone Number: (256) 508-8033

More added soon

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
Name: TOWER Loans / GULFCO
Job or Title: Loan Co.
Street Address: 406 Liberty Park CT.
City and County: Flowwood – Rankin County
State and Zip Code: MS 39232-8642

Defendant No. 2
Name: Alabama Dept. of Insurance
Job or Title:
Street Address: 201 Monroe ST. / Suite 502
City and County: Montgomery, ~~Al. 36##~~ — Montgomery County
State and Zip Code: AL. 36104

Defendant No. 3
Name: Alabama State Banking Commission
Job or Title:
Street Address: 401 Adams ave. Suite 680
City and County: Montgomery – Montgomery
State and Zip Code: AL 36104-4350

Defendant No. 4
Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Page 2 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

    Defendant No. 5
        Name    _____
        Job or Title   _____
        Street Address  _____
        City and County  _____
        State and Zip Code  _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✗] Constitutional or Federal Question    ☐ USA Defendant    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

   **A.**   **If the Basis for Jurisdiction is USA defendant**

        The Defendant(s)

        Name of Agency _____

        Address _____

   **B.**   **If the Basis for Jurisdiction is a Constitutional or Federal Question**

        List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

        *Dodd-Frank Act*
        *Consumer Protection Act*
        *Fraud / Coercion*

Pro Se General Complaint for a Civil Case (Rev.10/16)

C.  **If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

    The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)*_____.

    b.  If the defendant is a corporation

        The defendant, *(name)* Tower Loan S, is incorporated under the laws of the State of *(name)* Mississippi/Alabama, and has its principal place of business in the State of *(name)* Mississippi

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

        additional Defendants in State of Alabama

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    $90,000.00 in damages for fraud and violating federal acts of Lending

III. **Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Complaint

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$90,000.00  $30,000 - Tower Loans and GulfCo
$30,000 Alabama Dept of Insurance
$30,000 Alabama State Banking Commission

In Punitive Damages
See Complaint also

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Frances D.__ Last Name __Cope__
Mailing Address __112 Gerald Drive__
City and State __Hazel Green, AL__ Zip Code __35750__
Telephone Number __(256) 508-8033__
E-mail Address __reese451966@yahoo.com__

Signature of plaintiff __F. Denise Cope__
Date signed __11-5-18__

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☒ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____reese451966@yahoo.com_____

Participant signature: _____Denise Reese_____

Date: _____11-5-18_____

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT

FILED

2018 NOV -9 P 1: 12

U.S. DISTRICT COURT
N.D. OF ALABAMA

FRANCES COPE,

    PLAINTIFF,

VS.

TOWER LOANS AND GULFCO,

ALABAMA DEPARTMENT OF INSURANCE, AND

ALABAMA STATE BANKING COMMISSION

    DEFENDANTS,

## COMPLAINT

I, Denise Cope, engaged in loans with Tower loans on or about 3 years ago. Everything this Company does as a predatory lender is illegal, and they seem to think they are above the law. On every one of my loans with them, I was required to have personal property Insurance for Collateral. I informed the branch Manager that I had Home owner's Coverage. He said it did not matter; I must have his policy on my loans. He did not tell me that Tower loans owned the Insurance Company. This was uncovered by me in another case during Discovery, Along with my Signature being forged by the Company. Coercion is illegal in the State of Alabama involving Insurance. This Company has violated the Dodd-Frank Act as well as the Consumer Protection Act. I filed a Complaint with the State Banking Commission regarding this. They are a joke and this is why they were included in this lawsuit. The Department of Insurance in Alabama could not verify a license for this Company to sell Insurance Products in this State.

They failed to disclose their affiliation with the Insurance Company. They also had me sign a document during the closing that stated I had been given a choice regarding the Insurance which is also untrue. Their disclosures verbally are very different than their Loans in Writing.

## PRAYER FOR RELIEF

I AM ASKING FOR THE ENTIRE DEFENDANT'S TO BE EQUALLY RESPONSIBLE IN THE AMOUNT I AM ASKING THE COURT FOR: $90,000.00:

TOWER LOANS: $30,000.00 FOR ILLEGAL PRACTICES IN PREDATORY LENDING

STATE OF ALABAMA BANKING COMMISSION: $30,000.00: THEY DID NOT INVESTIGATE MY COMPLAINT THOROUGHLY NOR TAKE IT SERIOUS.

STATE OF ALABAMA DEPARTMENT OF INSURANCE: THEY DID NOT INVESTIGATE MY COMPLAINT AND I ASK THEM TO WORK WITH THE DEPARTMENT OF BANKING IN ORDER TO SHUT THIS COMPANY DOWN. I DID NOT WANT ANOTHER CONSUMER TO ENDURE WHAT I HAVE.

NEITHER ENTITY IN THE STATE OF ALABAMA DID ANYTHING WITH MY COMPLAINT TO PROTECT OTHER CONSUMERS.

*Denise Cope*